Núm. 8394.—Asencio, aplda. *v.* Asencio, aplte.—C. D. Mayagüez. Julio 22, 1941.

Por cuanto, con fecha 28 de septiembre de 1940 se radicó en este caso el escrito de apelación, optando la demandada apelante por la transcripción de la evidencia para perfeccionar su recurso;

Por cuanto, se concedieron varias prórrogas con dicho objeto, la última de las cuales lo fué el 3 de marzo de 1941, sin que desde dicha fecha la apelante haya hecho más gestiones ni solicitado prórroga para radicar dicha transcripción;

Por cuanto, la apelada ha solicitado la desestimación del recurso por abandono;

Por cuanto, celebrada la vista de esta moción, no compareció la apelante a sostener su recurso;

Por tanto, vistos los autos de este caso y el artículo 59 del Reglamento de este tribunal, se desestima el recurso por abandono.

Núm. 8402.—Sucn. Rivera, Etc., apltes. *v.* Carrión, et als., apldos.—C. D. Arecibo.  Julio 22, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, por moción de julio 9, 1941, vista en el día de ayer sin asistencia de las partes, la apelada solicita la desestimación del recurso interpuesto en este caso en febrero 14, 1935; y

Por cuanto, de la certificación acompañada a la moción resulta que después de interponerla nada hizo la apelante para perfeccionar la apelación:

Por tanto, vistas la ley y la jurisprudencia aplicables, se declara la moción con lugar y en su consecuencia sé desestima, por abandono, el recurso.